UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD THOMAS KENNEDY,

_____
(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

BOROUGH OF MINERSVILLE, ET. AL.,
_____

_____
(List the full name(s) of the defendant(s)/respondent(s).)

18 CV 4274

**Motion for Permission for Electronic Case Filing**

    I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I affirm under penalty of perjury that:

1. I have reviewed the Court's Electronic Case Filing Rules & Instructions, available at http://nysd.uscourts.gov/ecf/ECF%20Rules%20Revision%20031714.pdf, and agree to abide by them.

2. I completed the Court's CM/ECF introduction course[1] on _____ .

3. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.

4. I understand that if I am granted permission to participate in e-filing, I must file my documents electronically and I may not submit documents to the Pro Se Intake Unit for scanning and docketing.

5. I understand how to convert a document to PDF-A format.

6. I have regular access to the technical requirements necessary to e-file successfully:

   ☑ a computer with internet access and a word processor

       type of computer I will be using: __Acer Chromebook__

       type of word processor I will be using: __Google Docs__

---

[1] You may register for the course on the Court's website: http://nysd.uscourts.gov/ecf_training.php.

[✔] an e-mail account (on a daily basis) to receive notifications from the Court and notices from the e-filing system

[✔] a scanner to convert documents that are only in paper format into electronic files

scanning equipment I will be using: _____

[✔] a PDF reader and a PDF writer to convert word-processing documents into PDF format, the only electronic format in which documents can be e-filed

version of Adobe Acrobat or other PDF reader and writer that I will be using:

_____

[✔] a printer or copier to create required paper copies such as chambers copies.

7. I understand that I must regularly review the docket sheet of the case so that I do not miss a filing.

8. I understand that if my use of the ECF system is unsatisfactory, my e-filing privileges may be revoked, and I will be required to file documents in paper.

5/9/2018
Dated

*[Signature]*
Signature

**EDWARD THOMAS KENNEDY**
Name (Last, First, MI)

**401 Tillage Rd.**         **Breinigsville**    **PA**    **18031**
Address                    City                 State    Zip Code

**415-275-1244**                         kennedy2018@alumni.nd.edu
Telephone Number                         E-mail Address

2