UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Edward Thomas Kennedy

Plaintiff(s),

-against-

Borough of Minersville, et. Al.

Defendant(s).

Docket No: 18CV4274

NOTICE OF PRO SE APPEARANCE

I hereby enter an appearance on my own behalf in this action and request:

(please check one option below)

☐ that all future correspondence be mailed to me at the address below, or

☒ that all future correspondence be e-mailed to me at the e-mail address below. I have completed the attached Consent to Electronic Service. (1)

I understand that if my address or e-mail address changes, I must immediately notify the Court and all parties.

Kennedy Edward Thomas
**Name (Last, First, MI)**

☐ Plaintiff
☐ Defendant

401 Tillage Rd.   Breinigsville   PA   18031
**Address**   **City**   **State**   **Zip Code**

415-275-1244
**Telephone Number**

Kennedy.2018@Alumni.ND.edu
**e-mail address**

5/9/2018
**Date**

S-J TK
**Signature**

Enclosed, and / but with permission to file w/ ECF only