18-CV-4274

Ruby J. Krajick, Clerk of Court
The United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007


Dear Clerk of Court Krajick,


NOTICE
**Take judicial cognizance**
 28 United States code 1361

# 28 U.S. Code § 1361 - Action to compel an officer of the United States to perform his duty

prev | next

   The district courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff.

(Added Pub. L. 87–748, § 1(a), Oct. 5, 1962, 76 Stat. 744.)


       Kindly please tell me the status of the Complaint filed with your court?


Date: June 27, 2018

                         Sincerely,

                                                              (seal)


                         Edward Thomas Kennedy
                         401 Tillage Road
                         Breinigsville, Pennsylvania 18031
                         kennedy2018@alumni.nd.edu
                         Telephone: 415-2751244
                         Fax: 570-6091810.

Enclosure page 1 of 57.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

EDWARD THOMAS KENNEDY,

     Plaintiff,

     v.

BOROUGH OF MINERSVILLE,
KATHLEEN GRANAHAN KANE, in her official
and individual capacities,
JOSHUA DAVID SHAPIRO, in his official
and individual capacities,
ALBERT JOSEPH EVANS,
in his official and individual capacities,
MARTIN JOSEPH CERULLO, in his official
and individual capacities,
THOMAS G. SAYLOR,
in his official and individual capacities,
ROBERT D. CASTILLE,
in his official and individual capacities,
SCHUYLKILL COUNTY BAR ASSOCIATION,
AND ALL ITS MEMBERS,
in their official and individual capacities,
RICHARD CHARLES CLINK,
in his official and individual capacities,
MICHAEL ANDREW O'PAKE,
in his official and individual and
DAVID G. ARGALL,
in his official and individual capacities. and
DAVID A. PLACHKO, in his official
and individual capacities,
CERULLO, DATTE & BURKE, P.C.,
FANELLI, EVANS & PATEL, P.C.,
ROBERT BENJAMIN PATTON, and
FEDERAL RESERVE BANK OF NEW YORK,

Civil Action No. _____

TRIAL BY JURY DEMANDED

-1-



Father Edward Kennedy
401 Tillage Road
Breinigsville, PA 18031

RECEIVED
SDNY PRO SE OFFICE
2018 JUN 28  PM 12: 53
S.D. OF N.Y.

LEHIGH VALLEY
PA 180

RECEIVED

Pro Se
SM

CLERK'S OFFICE
S.D.N.Y.

Ruby J. Krajick, Clerk of Court
The United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

10007-131608

FOREVER

USM
P3
NY