# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:18–cv–04274–CM

Kennedy v. Borough of Minersville et al  
Assigned to: Judge Colleen McMahon  
Cause: 28:1331 Fed. Question

Date Filed: 05/14/2018  
Date Terminated: 06/25/2018  
Jury Demand: Plaintiff  
Nature of Suit: 470 Racketeer/Corrupt Organization  
Jurisdiction: Federal Question

**Plaintiff**

**Edward Thomas Kennedy**    represented by   **Edward Thomas Kennedy**
401 Tillage Road
Breinigsville, PA 18031
415 275 1244
PRO SE

V.

**Defendant**

**Borough of Minersville**

**Defendant**

**Kathleen Granahan Kane**
*in her official and indivdiual capacities*

**Defendant**

**Joshua David Shapiro**
*in his official and individual capacities*

**Defendant**

**Albert Joseph Evans**
*in his official and individual capacities*

**Defendant**

**Martin Joseph Cerullo**
*in his official and individual capacities*

**Defendant**

**Thomas G. Saylor**
*in his official and individual capacities*

**Defendant**

**Robert D. Castille**
*in his official and individual capacities*

**Defendant**

**Schuylkill County Bar Association**
*and all its members, in their official and*
*individual capacities*

**Defendant**

**Richard Charles Clink**
*in his official and individual capacities*

**Defendant**

**Michael Andrew O'Pake**
*in his official and individual*

**Defendant**

**David G. Argall**
*in his official and individual capacities*

**Defendant**

**David A. Plachko**
*in his official and individual capacities*

**Defendant**

**Cerullo, Datte & Burke, P.C.**

**Defendant**

**Fanelli, Evans & Patel, P.C.**

**Defendant**

**Robert Benjamin Patton**

**Defendant**

**Federal Reserve Bank of New York**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/14/2018 | ï 1 | REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Edward Thomas Kennedy.(rdz) (Entered: 05/15/2018) |
| 05/14/2018 | ï 2 | COMPLAINT against David G. Argall, Borough of Minersville, Robert D. Castille, Martin Joseph Cerullo, Cerullo, Datte & Burke, P.C., Richard Charles Clink, Albert Joseph Evans, Fanelli, Evans & Patel, P.C., Federal Reserve Bank of New York, Kathleen Granahan Kane, Michael Andrew O'Pake, Robert Benjamin Patton, David A. Plachko, Thomas G. Saylor, Schuylkill County Bar Association, Joshua David Shapiro. Document filed by Edward Thomas Kennedy.(rdz) (Entered: 05/15/2018) |
| 05/14/2018 | Ï | Case Designated ECF. (rdz) (Entered: 05/15/2018) |
| 05/14/2018 | ï 3 | MOTION for Permission for Edward Thomas Kennedy to participate in electronic case filing in this case. Document filed by Edward Thomas Kennedy.(rdz) (Entered: 05/15/2018) |

| | | |
|---|---|---|
| 05/14/2018 | 4 | NOTICE OF PRO SE APPEARANCE. by Edward Thomas Kennedy. (rdz) (Entered: 05/15/2018) |
| 06/25/2018 | 5 | TRANSFER ORDER: The Clerk of Court is directed to transfer this action to the United States District Court for the Middle District of Pennsylvania. The Clerk of Court is further directed to assign this matter to my docket, mail a copy of this order to Plaintiff, and note service on the docket. Whether Plaintiff should be permitted to proceed further without prepayment of fees is a determination to be made by the transferee court. A summons shall not issue from this Court. This order closes this case. The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962). (Signed by Judge Colleen McMahon on 6/25/2018) (sac) (Entered: 06/25/2018) |
| 06/25/2018 | | NOTICE OF CASE ASSIGNMENT – SUA SPONTE to Judge Colleen McMahon. Judge Unassigned is no longer assigned to the case. (sac) (Entered: 06/25/2018) |
| 06/25/2018 | | Transmission to Docket Assistant Clerk. Transmitted re: 5 Transfer Order, to the Docket Assistant Clerk for case processing. (sac) (Entered: 06/25/2018) |
| 06/25/2018 | | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court – District of Middle District of Pennsylvania. (sac) (Entered: 07/02/2018) |
| 06/26/2018 | | Mailed a copy of 5 Order to Edward Thomas Kennedy 401 Tillage Road Breinigsville, PA 18031. (mhe) (Entered: 06/26/2018) |
| 06/27/2018 | 6 | LETTER from Edward T. Kennedy, dated 6/27/18 re: (NOTICE: TAKE JUDICIAL COGNIZANCE – 28:1361) –Plaintiff requests that the Court inform him as to the status of his Complaint in this Court. Document filed by Edward Thomas Kennedy.(sc) (Entered: 06/28/2018) |
| 06/27/2018 | 0 | Request for Copy of the updated Docket Sheet Received: Re 6 Letter. Request for Docket Report, from Edward T. Kennedy received on 6/27/18. Transmission to Pro Se Assistants for processing. (sc) Modified on 6/28/2018 (sc). (Entered: 06/28/2018) |
| 06/28/2018 | | Form Request Mailed: Request for Docket sheet from Edward Thomas Kennedy mailed on 06/28/2018. (sbr) (Entered: 06/28/2018) |