IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KENNEDY,
    Plaintiff.

        v.        Civil No. 3-18-cv-01325

BOROUGH OF MINERSVILLE,
    et al.,

    Defendants.

## Motion to Dismiss Without Prejudice

Plaintiff is Edward Thomas Kennedy (Kennedy), one of the people of Pennsylvania, in this court of record, Motions this court of record to dismiss this action at law without prejudice, for it is my wish.

Date: January 12, 2019

        Respectfully submitted,

        */s/ Edward Thomas Kennedy*    (seal)
        _____
        Edward Thomas Kennedy
        401 Tillage Road
        Breinigsville, PA 18031
        kennedy2018@alumni.nd.edu
        pillar.of.peace.2017@protonmail.com
        Phone: 4152751244 (message/ google voice)

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion and Memorandum (separate document) was served on the Clerk of this court by ECF on January 12, 2019, and to the following party:

    By US regular Mail
    Mark A. Milley, General
    Chairman of the Joint Chiefs of Staff
    9999 Joint Staff Pentagon
    Washington, DC 20318-9999

    /s/ *Edward Thomas Kennedy*   (seal)

    _____
    Edward Thomas Kennedy

Date: January 12, 2019.