IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KENNEDY,
        Plaintiff.

        v.        Civil No. 3-18-cv-01325

BOROUGH OF MINERSVILLE,
        et al.,

        Defendants.

Memorandum in Support of Motion to Dismiss Without Prejudice[1]

1.    Plaintiff is Edward Thomas Kennedy is one of the people of Pennsylvania, in this court of record, notices the court that Executive Order 13825—2018 Amendments to the Manual for Courts-Martial, United States by US President Donald J. Trump is now effective.[2]

2.    US Judiciary including Article III US Courts remain independent from the US Legislative and the US Executive branches.[3]

---

[1] NOT dismissed forever and without detriment to any existing right or claim.
a) When used in a document or letter, without prejudice means that what follows (a) cannot be used as evidence in a court case, (b) cannot be taken as Kennedy's last word on the subject matter, and (c) cannot be used as a precedent

[2] Law of Armed Conflict dialogue between Senator Lindsey Graham Questions Associate Justice of the Supreme Court of the United States Brett Kavanaugh concerning Military Law vs Criminal Law, is explained at Law of Armed Conflict, Senator Lindsey Graham Questions Brett Kavanaugh Military Law vs Criminal Law, link here: https://www.youtube.com/watch?v=3_gmOsnjrZw&index=25&list=WL&t=0s.
The case cited by Graham and Kavanaugh is here: YASER ESAM HAMDI v. DONALD H. RUMSFELD, SECRETARY OF DEFENSE, et al., link here:
http://law2.umkc.edu/faculty/projects/ftrials/conlaw/hamdi.html.

[3] Constitution of the United States of America: Analysis and Interpretation, link here:
https://www.govinfo.gov/collection/constitution-annotated?path=/GPO/Constitution%20of%20the%20United%20States%20of%20America%253A%20Analysis%20and%20Interpretation

3.	US Judiciary employees are not independent of said Executive Order 13825 and military law.

4.	Modern attorney BAR association members, including the Pennsylvania BAR Association members[4] are not independent of said Executive Order 13825 and military law.

5.	Kennedy hereby accepts the oaths of office of all federal employees and officers of this court and binds them to it under the authority of said Executive Order 13825.

6.	Kennedy motions the court to dismiss without prejudice for it is his wish.

7.	Exhibit 1, Law of the Case, is incorporated herein.

8.	This Memorandum is sent to General Mark A. Milley, Chairman of the Joint Chiefs of Staff by US regular mail. God bless America.

Date: January 12, 2019

Respectfully submitted,

*/s/ Edward Thomas Kennedy*     (seal)
_____
Edward Thomas Kennedy
401 Tillage Road
Breinigsville, PA 18031
kennedy2018@alumni.nd.edu
pillar.of.peace.2017@protonmail.com
Phone: 4152751244 (message/ google voice)

Attached: Exhibit 1 LAW OF THE CASE (15 pages)

---

[4] https://www.pabar.org/site/

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Memorandum was served on the Clerk of this court by ECF on January 12, 2019, and to the following party:

    By US regular Mail
    Mark A. Milley, General
    Chairman of the Joint Chiefs of Staff
    9999 Joint Staff Pentagon
    Washington, DC 20318-9999

        /s/ *Edward Thomas Kennedy*   (seal)

        _____
        Edward Thomas Kennedy

Date: January 12, 2019.